UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-21748-LMR

GABRIELA PARRA BERRIOS,

Plaintiff, *pro se*,

v.

JOSEPH B. EDLOW, U.S. Citizenship and Immigration Services *in his official capacity*, et al.

Defendants.
_______________________________________/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal. [ECF No. 16]. Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i). Here, Plaintiff has filed her Notice of Voluntary Dismissal, and Defendant has not filed an answer or motion for summary judgment. *See* [ECF No. 16]. Therefore, it is **ORDERED AND ADJUDGED:**

1. The case is **DISMISSED WITHOUT PREJUDICE**
2. The Clerk is instructed to **CLOSE** and **TERMINATE** the case.
3. Each Party shall bear its respective costs and fees.

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2026.

_______________________________________
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: counsel of record